47085.   SHARPE v. THE STATE.

HALL, Presiding Judge. Defendant appeals from his conviction for burglary and the denial of his motion for a new trial.

1. The evidence supports the verdict.

2. Defendant's confession was properly admitted into evidence. The court held a hearing to determine voluntariness in accordance with Jackson v. Denno, 378 U. S. 368 (84 SC 1774, 12 LE2d 908, 1 ALR3d 1205). While conflicting, there was sufficient evidence to support the court's finding. *Brawner v. Smith,* 225 Ga. 296 (167 SE2d 753); *Furman v. State,* 225 Ga. 253 (167 SE2d 628).

*Judgment affirmed. Pannell and Quillian, JJ., concur.*
ARGUED APRIL 10, 1972—DECIDED APRIL 14, 1972.

*Louise T. Hornsby,* for appellant.
*Lewis R. Slaton, District Attorney, Richard E. Hicks, Joel M. Feldman, James H. Mobley, Jr.,* for appellee.